### HORACE DRESSER vs. BENJAMIN F. BROOKS.

Plaintiff may have leave (on terms) to substitute a *special plea* for a *notice* subjoined to a replication, where he wishes to introduce testimony to show fraud in the discharge and certificate of the defendant, which has been pleaded specially to plaintiff's declaration. It seems that testimony going to show fraud, etc. in a defendant's discharge and certificate in bankruptcy can not be given under a *notice :* it must be *pleaded* specially.

*Motion by plaintiff for leave to amend his pleadings.*—-Issue was joined in this cause, May 27, 1844 : the action, debt on judgment. Defendant pleaded nul tiel record, and two special pleas of discharge and certificate under the bankrupt law. Replications to said pleas were put in, to which was subjoined a *notice*, setting forth the matters to be given in evidence on the trial of the cause to impeach the discharge and certificate. The plaintiff moved to interpose a *special plea* of the matters alleging fraud, instead of the notice subjoined to the replication, on the ground that it was doubtful whether the testimony intended to be offered to sustain the allegation of fraud, &c. could be introduced under the notice.

H. DRESSER, *Counsel in pro. per.*    H. DRESSER, *Atty in pro. per.*

W. McCALL, *Defts Counsel.*    MATTISON & DOOLITTLE, *Defts Attys.*

JEWETT, Justice.— Granted the motion, on payment of costs of opposing motion.

Rule accordingly.